United States District Court
Southern District of Texas
**ENTERED**
August 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RTREE LOGISTICS, LLC, § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:23-cv-03109 |
| § | |
| NEELY COBLE CO. *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 4, 2024, all pretrial matters were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 25. Judge Edison filed a Memorandum and Recommendation on July 9, 2025, recommending that Defendant Daimler Truck North America, LLC's Motion for Full and Final Summary Judgment (Dkt. 29) and Defendant Freightliner of Arizona, LLC d/b/a Neely Coble Company and d/b/a Velocity Truck Centers' Motion for Summary Judgment (Dkt. 31) be **GRANTED**. *See* Dkt. 49.

On August 12, 2025, Plaintiff Rtree Logistics, LLC filed its Objections. *See* Dkt. 50. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 49) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendant Daimler Truck North America, LLC's Motion for Full and Final Summary Judgment (Dkt. 29) is **GRANTED**; and

(3) Defendant Freightliner of Arizona, LLC d/b/a Neely Coble Company and d/b/a Velocity Truck Centers' Motion for Summary Judgment (Dkt. 31) is **GRANTED.**

It is so **ORDERED**.

SIGNED at Houston, Texas on August 21, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE